# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

FADRIAN ANDREW SMITH,

                Plaintiff,

        v.                                        Case No. 07-C-634

WARDEN JOHN JADIN and
HEALTH SERVICE UNIT,

                Defendant.

---

## ORDER DENYING MOTION TO TRANSFER VENUE

---

Pro se plaintiff, Fadrian Smith, an inmate in the Brown County Jail, filed a § 1983 civil rights action against jail administrator and the Health Service Unit. In a screening order dated August 8, 2007, I ordered the matter dismissed for failure to state a claim. Smith has now filed a motion for change of venue, suggesting that local prejudice would prevent him from receiving a fair resolution of his case.

The motion is denied. The case has been dismissed for failure to state a claim. As a result, there is no complaint presently before the court. In any event, Smith has failed to support his motion with any factual information. A conclusory statement that local prejudice warrants a change of venue is simply inadequate. Accordingly, the motion is denied.

**SO ORDERED** this _____18th_____ day of August, 2007.


                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge